# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-7671 MRW | Date | December 28, 2018 |
| Title | Allen Ferguson v. BJ Investment, Inc. et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 11.) This action is dismissed with prejudice.